IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10508
Conference Calendar
_____


WAYNE MORRIS REEVES, JR.,

                                        Petitioner-Appellant,


versus

GARY L. JOHNSON, Director,
Texas Department of Criminal Justice,
Institutional Division,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-1377-X
- - - - - - - - - -
October 23, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Wayne Morris Reeves, Jr., # 603172, appeals the dismissal of his action as frivolous. The district court did not err in construing it as an action under 42 U.S.C. § 1983. We have reviewed the record and the district court's opinion and find no reversible error. <u>Reeves v. Director, TDCJ-ID</u>, No. 3:95-CV-1377-

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

X (N.D. Tex. Mar. 28, 1996).  Further, we hold that this appeal is frivolous and dismiss it accordingly.  See 5th Cir. R. 42.2.

Reeves has been warned by this court that he may be sanctioned for filing further frivolous suits.  See Reeves v. Texas, No. 95-10549 (5th Cir. Sept. 27, 1995).  Accordingly, Reeves is BARRED from filing any pro se, in forma pauperis, civil appeal in this court without the prior written approval of an active judge of this court.  Further, he is BARRED from filing any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court.  The clerk of this court and the clerks of all federal district courts subject to the jurisdiction of this court are directed to return to Reeves, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTION IMPOSED.